**Antonio BURTS, Plaintiff–Appellant,**

v.

**GREENVILLE CLERK OF COURT;
Solicitors Office, 13th Judicial Circuit; Dorothy A. Manigault, Attorney; Philpot Law Firm, PA; Robert**

240

M. Ariail, Solicitor; Joseph L. Savitz, III, Appellate Defense Chief Attorney; Wanda H. Carter, Deputy Chief; Henry McMaster, Attorney General; Karen Ratjan, Assistant Attorney General; Kenneth C. Gibson, PCR Attorney; Everett P. Godfrey, Jr., Esquire; Frank Epps; David Wagner, Esquire; David Ross, Esquire; Susannah Ross, Esquire; Edward E. Welmaker, Judge; Gary Michael Nettles, Judge, PCR; Edward W. Miller, Judge; Daniel E. Shearhouse; Supreme Court of South Carolina; Brenda F. Shealy; Ralph Anderson, Senator; Kay Patterson, Senator; South Carolina Department of Public Safety; Greenville County Investigations Division; O.B. Smith, Sergeant; United States Department of Justice; United States Postal Service; South Carolina State Conference; Marshall Clement Sanford, Jr., Governor; Lindsey Graham, United States Senator; Glenn F. McConnell; South Carolina Legislators; Appellate Defense South Carolina Office; Hollie M. Jenkins, Circuit Court Reporter; PCR Court Reporter; Greenville County Magistrate Court Judges; Kaye Gorenflo Hearn; Jean Toal, Supreme Court Judicial Department; James E. Moore; South Carolina Social Security Administration, Washington, DC, Defendants–Appellees.

No. 08–6243.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 30, 2008.

Antonio Burts, Appellant Pro Se.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Antonio Burts appeals the district court's order dismissing his action filed under 42 U.S.C. § 1983 (2000) without prejudice for failure to prosecute and for noncompliance with court orders. A plaintiff's failure to prosecute or to comply with the federal procedural rules or an order of the court may warrant involuntary dismissal. Fed.R.Civ.P. 41(b). We review a district court's dismissal under Rule 41(b) for abuse of discretion. *Ballard v. Carlson*, 882 F.2d 93, 95–96 (4th Cir.1989). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Burts v. Greenville Clerk of Court*, No. 8:07–cv–03011–HMH–BHH (D.S.C. Dec. 19, 2007). We deny Burts' motion for a jury trial. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*